UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES A. BROOKS,

          Plaintiff,

-against-

JO ANNE B. BARNHART, Commissioner
of Social Security,

          Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV-0043 (NG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ MAR 27 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Nina Gershon, United States District Judge, having been filed on March 23, 2007, granting plaintiff's motion for judgment on the pleadings; denying defendant's motion for judgment on the pleadings; remanding the case solely for an award of benefits for the period of May 19, 2000 to May 14, 2002; and directing the Clerk of Court to enter judgment for the defendant; it is

ORDERED and ADJUDGED that plaintiff's motion for judgment on the pleadings is granted; that defendant's motion for judgment on the pleadings is denied; that the case is remanded solely for an award of benefits for the period of May 19, 2000 to May 14, 2002; and that judgment is hereby entered for the defendant.

Dated: Brooklyn, New York
       March 23, 2007

Robert C. Heinemann
Clerk of Court

By: _____
Terry Vaughn
Chief Deputy of
Court Operations